UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
Raleigh DIVISION

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Todd Nolan Selleck, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Angela Rene Selleck** | | |
| | First Name | Middle Name | Last Name |
| Case number: (If known) | **24-00934-5-PWM** | | |

☑ Check if this is an amended plan and list below the sections of the plan that have been changed.
**2.1, 2.3, 3.2, 3.4, 3.6, 4.2, 4.5**

# CHAPTER 13 PLAN

## Part 1: Notices

**Definitions:** Definitions of several terms used in this Plan appear online at https://www.nceb.uscourts.gov/local-forms under the heading "Chapter 13 Plan Definitions." These definitions also are published in the Administrative Guide to Practice and Procedure for the United States Bankruptcy Court for the Eastern District of North Carolina.

**To Debtor(s):** This form sets out options that may be appropriate in some cases, but the presence of an option on this form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with Local Rules and judicial rulings may not be confirmable.

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated if the plan is confirmed.** You should read this plan carefully and discuss it with your attorney if you have an attorney in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the United States Bankruptcy Court for the Eastern District of North Carolina ("Court"). **The Court may confirm this plan without further notice if no objection to confirmation is filed.** In addition, you may need to file a timely proof of claim in order to be paid under any confirmed plan.

Only allowed claims will receive a distribution from the Trustee, and all payments made to creditors by the Trustee shall be made in accordance with the Trustee's customary distribution process. When required, pre-confirmation adequate protection payments shall be paid in accordance with Local Rule 3070-1(c). Unless otherwise ordered by the Court, creditors not entitled to adequate protection payment will receive no disbursements from the Trustee until after the plan is confirmed.

The following matters may be of particular importance to you. *__Debtors must check one box on each line of §§ 1.1, 1.2, and 1.3, below, to state whether or not the plan includes provisions related to each item listed.__* If an item is checked "Not Included," or if neither box is checked, or if both boxes are checked, the provision will not be effective, even if set out later in the plan.

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.3, which may result in a secured claim being treated as only partially secured or wholly unsecured. This could result in the secured creditor receiving only partial payment, or no payment at all. | ☐ Included | ☑ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.5. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2: Plan Payments and Length of Plan

2.1 The Debtor(s) shall make regular payments to the Trustee as follows:

$ __1,000.00__ per __Month__ for __3__ months
$ __1,933.00__ per __Month__ for __1__ months
$ __2,200.00__ per __Month__ for __56__ months

E.D.N.C. Local Form 113A (4-1-24)                                                                                   Page 1 of 5

| Debtor | **Todd Nolan Selleck, Sr.** | Case number | **24-00934-5-PWM** |
|---|---|---|---|
| | **Angela Rene Selleck** | | |

*(Insert additional line(s), if needed.)*

**2.2 Additional payments.** *(Check one.)*
☑ **None.** *(If "None" is checked, the rest of this section need not be completed or reproduced)*

**2.3** The total amount of estimated payments to the Trustee is $ __128,133.00__ .

**2.4 Adjustments to the Payment Schedule/Base Plan** *(Check one).*

☑ None.

☐ **Confirmation of this plan shall not prevent an adjustment to the plan payment schedule or plan base.** The Trustee or the Debtor(s) may seek to modify the plan payment schedule and/or plan base within 60 days after the governmental bar date to accommodate secured or priority claims treated in Parts 3 or 4 of this Plan. This provision shall not preclude the Debtor or the Trustee from opposing modification after confirmation on any other basis.

**2.5 Applicable Commitment Period, Projected Disposable Income, and "Liquidation Test."**
The Applicable Commitment Period of the Debtor(s) is **60** months, and the projected disposable income of the Debtor(s), as referenced to in 11 U.S.C. § 1325(b)(1)(B), is $ __-3,823.53__ per month. The chapter 7 "liquidation value" of the estate of the Debtor(s), as referenced in 11 U.S.C. § 1325(a)(4), refers to the amount that is estimated to be paid to holders of non-priority unsecured claims. In this case, this amount is $ __0.00__ .

## Part 3: Treatment of Secured Claims

**3.1 Lien Retention.**
The holder of each allowed secured claim provided for below will retain the lien on the property interest of the Debtor(s) or the estate until the earlier of:
(a) payment of the underlying debt determined under nonbankruptcy law, or
(b) discharge of the Debtor(s) under 11 U.S.C. § 1328.

**3.2 Maintenance of Payments and Cure of Default (if any)** *(Check one.)*
☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
☑ The current contractual installment payments will be maintained on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the Trustee ("Conduit") or directly by the Debtor(s), as specified below. Any arrearage listed for a claim below will be paid in full through disbursements by the Trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the Court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) will control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a timely filed proof of claim, the amounts stated below are controlling as to the current installment payment and arrearage. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the Court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be paid by the plan.

| Creditor Name | Collateral | Current Installment Payment (including escrow) | Arrears Owed (if any) | Interest Rate on Arrearage (if appliable) |
|---|---|---|---|---|
| GM Financial | 2023 GMC Yukon 25000 miles | $1,251.12<br>To be disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $1,172.50 | 0.00% |
| State Employees' Credit Union | 2022 GMC Canyon 34000 miles | $578.00<br>To be disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | Not provided for | 0.00% |
| State Employees' Credit Union | 8078 US Highway 301 S Four Oaks, NC 27524  Johnston County | $1,782.00<br>To be disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $1,883.08 | 0.00% |
| State Employees' Credit Union | 8078 US Highway 301 S Four Oaks, NC 27524  Johnston County | $912.00<br>To be disbursed by:<br>☐ Trustee<br>☑ Debtor(s) | $0.00 | 0.00% |

*Insert additional claims as needed.*

| Debtor | Todd Nolan Selleck, Sr.<br>Angela Rene Selleck | Case number | 24-00934-5-PWM |
|---|---|---|---|

☐ **Other.** *(Check all that apply, and explain.)* The Debtor(s):
  **(a)** ☐ do intend to seek a mortgage modification with respect to the following loan(s) listed above:
_____

  **(b)** ☐ do not intend to seek mortgage loan modification of any of the mortgage loans listed above;

  **(c)** ☐ intend to: _____

**3.3 Request for Valuation of Security and Modification of Undersecured Claims.** *(Check one)*

  ☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4 Claims Excluded from 11 U.S.C. § 506(a).** *(check one)*

  ☐ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

The claims listed below:
(1) were incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor(s) ("910 Claims);
(2) were incurred within 1 year of the petition date and are secured by a purchase money security interest in any other thing of value ("1-Year Claims"), or
(3) are debts the Debtor(s) otherwise propose to pay in full ("Other Claims").

These claims will be paid in full by the Trustee, with interest at the rate stated below. Unless otherwise ordered by the Court, the amount of the creditor's claim listed on its proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) will control over any contrary claim amount listed below. In the absence of a timely filed proof of claim, the claim amount stated below is controlling. Secured creditors entitled to pre-confirmation adequate protection payments will receive the same pursuant to E.D.N.C. LBR 3070-1(c).

| Creditor Name | Collateral (if any) | Amount of Claim | Interest Rate | *Basis*<br>(910 Claim/ 1-Year/ Other Claim) |
|---|---|---|---|---|
| Johnston County Tax Collector | 8078 US Highway 301 S Four Oaks, NC 27524  Johnston County | $7,380.42 | 9.00% | Other |

*Insert additional claims as needed.*

**3.5 Avoidance of Judicial Liens or Nonpossessory, Nonpurchase-Money Security Interests.** *(Check one)*

  ☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

**3.6 Surrender of Collateral.** *(Check one.)*
  ☐ **None.** *If "None" is checked, the rest of § 3.6 need not be completed or reproduced.*
  ☑ The Debtor(s) will surrender the collateral listed below that secures the creditor's claim. Upon confirmation of the plan, the automatic stay of 11 U.S.C. § 362(a) shall terminate as to the surrendered collateral and any co-debtor stay of 11 U.S.C. § 1301 shall terminate in all respects. No claim for a deficiency remaining due after the disposition of surrendered collateral will be allowed or paid unless the creditor timely files a proof of claim and, within 180 days after confirmation of the plan, amends the claim as necessary to show the remaining unsecured deficiency after the disposition of the surrendered collateral. Absent such timely filing and amendment of a claim, or an order by the Court extending the 180-day filing deadline, the surrender of the collateral shall be deemed in full satisfaction of the Debtor's contractual obligation to the creditor.

| Creditor Name | Collateral |
|---|---|
| Ally Financial | 2021 GMC Sierra 85000 miles |
| Freedom Road Financial | 2023 KTM 450sxf |
| Kubota Credit Corporation | Front loader and accesssories. |
| Sheffield Financial | 2023 Freedom Enclosed Cargo Trailer |
| Sheffield Financial | 2022 BWISE Dump Trailer |

*Insert lines for additional creditors and collateral, as needed.*

**Part 4:  Treatment of Fees and Priority Claims**

| Debtor | Todd Nolan Selleck, Sr.<br>Angela Rene Selleck | Case number | 24-00934-5-PWM |
|---|---|---|---|

**4.1 General Treatment:** Unless otherwise indicated in this Part or in **Part 8, Nonstandard Plan Provisions**, the Trustee's fees and all allowed priority claims, will be paid in full without interest through Trustee disbursements under the plan.

**4.2 Trustee's Fees:** Trustee's fees are governed by statute and orders entered by the Court and may change during the course of the case. The Trustee's fees are estimated to be __6.50__ % of amounts disbursed by the Trustee under the plan and are estimated to total $__8,328.65__.

**4.3 Debtor(s)' Attorney's Fees.** *(Check one below, as appropriate.)*

☑ Debtor(s)' attorney has agreed to accept as a base fee $__6,838.00__, of which $__0.00__ was paid prior to filing. The Debtor(s)' attorney requests that the balance of $__6,838.00__ be paid through the plan.

☐ The Debtor(s)' attorney intends to apply or has applied to the Court for compensation for services on a "time and expense" basis, as provided in Local Rule 2016-1(a)(7). The attorney estimates that the total amount of compensation that will be sought is $____, of which $____ was paid prior to filing. The Debtor(s)' attorney requests that the estimated balance of $____ be paid through the plan.

**4.4 Domestic Support Obligations ("DSO's").** *(Check all that apply.)*

☑ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5 Priority Claims Other than Attorney's Fees and Those Treated in Section 4.4**

☐ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*
☑ Section 507(a) priority claims, other than attorney's fees and domestic support obligations are estimated to be as follows:

| Creditor Name | Claim For: | Estimated Claim Amount |
|---|---|---|
| Internal Revenue Service | Taxes and certain other debts | $97,257.30 |
| Keeley Caverno | Deposits by individuals | $3,350.00 |

## Part 5: Unsecured Non-priority Claims

**5.1 General Treatment.** After confirmation of a plan, holders of allowed, non-priority unsecured claims that are not specially classified in § 5.2 below, will receive a *pro rata* distribution with other holders of allowed, non-priority unsecured claims from the higher of either the disposable income of the Debtor(s) over the applicable commitment period or liquidation test (see paragraph 2.5). Payments will commence after payment to the holders of allowed secured, arrearage, unsecured priority, administrative, specially classified unsecured claims, and the Trustee's fees.

Except as may be required by the "disposable income" or "liquidation" tests, or as may otherwise be specifically set forth in this Plan, no specific distribution to general unsecured creditors is guaranteed under this Plan, and the distribution to such creditors may change depending on the valuation of secured claims (including arrears) and/or the amounts which will be paid to holders of priority unsecured claims under this Plan, both of which may differ from the treatment set forth in Parts 3 and 4 of this Plan based on claims filed by secured and priority creditors, or based on further orders of the Court.

**5.2 Co-Debtor and Other Specially Classified Unsecured Claims.** *(Check one.)*

☑ **None.** *If "None" is checked, the rest of Part 5 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are to be treated as specified. All other executory contracts and unexpired leases are rejected. Allowed claims arising from the rejection of executory contracts or unexpired leases shall be treated as unsecured non-priority claims under Part 5 of this Plan, unless otherwise ordered by the Court. *(Check one.)*

☐ **None.** *If "None" is checked, the rest of Part 6 need not be completed or reproduced.*
☑ The executory contracts and unexpired leases listed below will be assumed ("A") or rejected ("R"), as specified below.

If assumed, post-petition installment payments on the claims listed below will be paid directly by the Debtor(s) according to the terms of the underlying contract. Any pre-petition arrears listed on an assumed executory contract/unexpired lease will be cured by payments disbursed by the trustee over the "Term of Cure" indicated, with interest (if any) at the rate stated.

| Lessor/Creditor Name | Subject of Lease/Contract | A or R | Pre-petition Arrears to be Cured *(if any)* | Interest Rate On Arrears | Term of Cure *(# of mos.)* | Current Monthly Payment | Contract or Lease Ends *(mm/yyyy)* |
|---|---|---|---|---|---|---|---|
| Top Line RTO, LLC | 12 x 24 portable storage building | A | $1,511.37 | 0.00% | 9 | $503.79 | / / |

| Debtor | **Todd Nolan Selleck, Sr.** | Case number | **24-00934-5-PWM** |
|---|---|---|---|
| | **Angela Rene Selleck** | | |

*Insert additional leases or contracts, as needed.*

## Part 7: Miscellaneous Provisions

**7.1 Vesting of Property of the Bankruptcy Estate:** *(Check one.)*
Property of the estate will vest in the Debtor(s) upon:
- [✓] plan confirmation.
- [ ] discharge
- [ ] other: _____

**7.2 Use, Sale, or Lease of Property:** The use of property by the Debtor(s) remains subject to the requirements of 11 U.S.C. § 363, all other provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules.

**7.3 Rights of the Debtor(s) and Trustee to Object to Claims:** Confirmation of the plan shall not prejudice the right of the Debtor(s) or Trustee to object to any claim.

**7.4 Rights of the Debtor(s) and Trustee to Avoid Liens and Recover Transfers:** Confirmation of the plan shall not prejudice any rights the Trustee or Debtor(s) may have to bring actions to avoid liens, or to avoid and recover transfers, under applicable law.

## Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions.**

- [ ] **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*The remainder of this Part 8 will be effective only if there is a check in the box "Included" in Part 1, § 1.3, of this plan, above.*

Under Bankruptcy Rule 3015(c), nonstandard plan provisions <u>must</u> be set forth below. A nonstandard provision is a provision not otherwise included in this E.D.N.C. Local Form or deviating from it. **Nonstandard provisions set out elsewhere in this plan are <u>ineffective</u>. The following are the nonstandard provisions of this plan:**

**The liquidation test of 11 USC 1325(a)(4) assumes a 6% cost of sale for real property and a 10% cost of sale for personal property.**

*Insert lines, as needed.*

*No additional plan provisions may follow this line or precede Part 9: Signature(s), which follows.*

## Part 9: Signatures

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

If the Debtor(s) do not have an attorney, the Debtor(s) must sign below, otherwise the Debtor(s)' signatures are optional. The attorney for Debtor(s), if any, must sign below.

By signing and filing this document, the Debtor(s) certify that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in E.D.N.C. Local Form 113, other than any nonstandard provisions included in Part 8.

| X | **/s/ Travis Sasser** | Date | **July 22, 2024** |
|---|---|---|---|
| | **Travis Sasser 26707** | | MM/DD/YYYY |
| | Signature of Attorney for Debtor(s) | | |

If this document is also signed and filed by an Attorney for Debtor(s), the Attorney also certifies, that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in E.D.N.C. Local Form 113, other than any nonstandard provisions included in Part 8.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

TODD NOLAN SELLECK, SR.       CASE NO. 24-00934-5-PWM
ANGELA RENE SELLECK      CHAPTER 13

    DEBTORS

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN that a MOTION has been filed by the Debtors. A copy of the motion accompanies this notice.

TAKE NOTICE FURTHER that pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of North Carolina, you have fourteen (14) days from the date of this Notice of Motion to file a responsive pleading to the attached Motion. You must file your response with the Clerk, United States Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such responsive pleading must contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in a responsive pleading, the attached Motion may be determined, and final Orders entered by the court without a hearing.

Dated: July 22, 2024

/s/ Travis Sasser
Travis Sasser
Attorney for Debtors
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, NC 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

TODD NOLAN SELLECK, SR.
ANGELA RENE SELLECK

CASE NO. 24-00934-5-PWM
CHAPTER 13

DEBTORS

## NOTICE OF AMENDED CHAPTER 13 PLAN AND RESCHEDULED CONFIRMATION HEARING

NOTICE IS HEREBY GIVEN that an Amended Chapter 13 Plan has been filed. A copy of the Amended Chapter 13 Plan accompanies this notice.

TAKE NOTICE FURTHER that pursuant to the Local Rules and General Orders of the United States Bankruptcy Court for the Eastern District of North Carolina, you have until seven days prior to the confirmation hearing date set forth below to file an Objection to the attached Amended Plan if you so desire. If an Objection is filed, a hearing on this Amended Plan will be heard at the United States Bankruptcy Court, Eastern District of North Carolina, Raleigh Division, located at the Century Station Federal Building, 300 Fayetteville Street, Raleigh, North Carolina 27601 in the 2nd Floor Courtroom starting at 10:30 AM on August 22, 2024. You must file your Objection with the Clerk, United States Bankruptcy Court, Post Office Box 791, Raleigh, NC 27602 with a copy to the undersigned. Any such Objection should contain a request for a hearing if, indeed, you wish to be heard by the Court. Unless a hearing is specifically requested in an Objection, the attached Amended Plan may be determined, and final Orders entered by the court without hearing from you.

Dated: July 22, 2024

/s/ Travis Sasser
Travis Sasser
Attorney for Debtors
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, North Carolina 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice and accompanying documents was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

*ALL PARTIES ON ATTACHED MATRIX via U.S. Mail.*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2024

/s/ Travis Sasser
Travis Sasser
Attorney for Debtors
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, North Carolina 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com

```
Label Matrix for local noticing          Ally Bank                               Ally Financial
0417-5                                   c/o AIS Portfolio Services, LP          c/o AIS Portfolio Services, LLC
Case 24-00934-5-PWM                      4515 N Santa Fe Avenue                  4515 N Santa Fe Ave. Dept. APS
Eastern District of North Carolina       Dept. APS                               Oklahoma City, OK 73118-7901
Raleigh                                  Oklahoma City, OK 73118-7901
Mon Jul 22 14:09:28 EDT 2024

AmeriCredit Financial Services, Inc dba GM F   State Employees' Credit Union    U.S. Bankruptcy Court
PO Box 183853                                  PO Box 25279                     300 Fayetteville Street, 4th Floor
Arlington, TX 76096-3853                       Raleigh, NC 27611-5279 .         P.O. Box 791
                                                                                Raleigh, NC 27602-0791


Affirm Incorporated                      Affirm, Inc.                            Ally Bank c/o AIS Portfolio Services, LLC
Attn: Managing Agent/ Bankruptcy         Resurgent Capital Services              4515 N. Santa Fe Ave. Dept. APS
650 California Street FL 12              PO Box 10587                            Oklahoma City, OK 73118-7901
San Francisco, CA 94108-2716             Greenville, SC 29603-0587


Ally Financial                           (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN   American Collections Enterprise, In
Managing Agent/Bankruptcy                PO BOX 183853                                   Attn: Managing Agent
P.O. Box 380901                          ARLINGTON TX 76096-3853                         205 S Whiting Street # 500
Minneapolis, MN 55438-0901                                                               Alexandria, VA 22304-3632


American Express                         American Express National Bank          Apple Card/GS Bank
Attn: Managing Agent/Bankruptcy          c/o Becket and Lee LLP                  Attn: Managing Agent/Bankruptcy
P.O. Box 981535                          PO Box 3001                             Lockbox 6112 PO Box 7247
El Paso, TX 79998-1535                   Malvern  PA 19355-0701                  Philadelphia, PA 19170-6112


Ashley Funding Services, LLC             Atlantic Builders & Design, LLC         Atlantic Builders and Design
Resurgent Capital Services               11760 NC 210                            8078 US Highway 301 S
PO Box 10587                             Suite 210                               Four Oaks, NC 27524-7624
Greenville, SC 29603-0587                Benson, NC 27504


Barclays Bank Delaware                   Bull City Financial Solutions, Inc.     Caine & Weiner
Attn: Managing Agent/Bankruptcy          Attn: Managing Agent/Bankruptcy         Attn: Managing Agent/Bankruptcy
PO Box 8803                              2609 North Duke Street #500             12005 Ford Road 300
Wilmington, DE 19899-8803                Durham, NC 27704-0015                   Dallas, TX 75234-7262


Capital One                              Capital One N.A.                        Celtic Bank
Attn: Managing Agent/Bankruptcy          by American InfoSource as agent         Attn: Managing Agent
PO Box 31293                             PO Box 71083                            268 South State Strret, Suite 300
Salt Lake City, UT 84131-0293            Charlotte, NC  28272-1083               Salt Lake City, UT 84111-5314


Charles D. Waters                        Ciara Rogers                            CitiBank, Bankruptcy Department
Nguyen Ballato                           Waldrep Wall Babcock & Bailey PLLC      Attn: Bankruptcy Department
2201 Libbie Ave                          3600 Glenwood Avenue                    PO BOX 790034
Richmond, VA 23230-2364                  Suite 210                               Saint Louis, MO 63179-0034
                                         Raleigh, NC 27612-4952


Citibank N.A.                            Comenity Capital Bank                   Consumer Link
Citibank, N.A.                           Attn: Managing Agent                    Attn: Managing Agent/Bankruptcy
5800 S Corporate Pl                      PO Box 183043                           PO Box 65103
Sioux Falls, SD  57108-5027              Columbus, OH 43218-3043                 Baltimore, MD 21264-5103
```

ConsumerLink
Attn: Managing Agent
65103
Baltimore, MD 21264-0001

Credit One Bank
Attn: Managing Agent/Bankruptcy
Post Office Box 60500
City of Industry, CA 91716-0500

David Faulhaber
Waldrep Wall Babcock & Bailey PLLC
3600 Glennwood Avenue
Suite 210
Raleigh, NC 27612-4952

Emerge Ortho, PA
Attn: Managing Agent/Bankruptcy
910 West Williams Street
Apex, NC 27502-5201

Freedom Road Financial
Attn: Managing Agent/Bankruptcy
10509 Professional Circle
Reno, NV 89521-4883

FreedomRoad Financial
10509 Professional Circle Ste 100
Reno, NV 89521-4883

Fundworks
Attn: Managing Agent/ Bankruptcy
299 South Main Street, Ste 1300
Salt Lake City, UT 84111-2241

GM Financial
Attn: Managing Agent/Bankruptcy
PO Box 181145
Arlington, TX 76096-1145

Global Funding
Attn: Managing Agent/ Bankruptcy
10360 SW 186th St.
Miami, FL 33197-5001

Goldman Sachs and Co
Attn:  Managing Agent/Bankruptcy
PO Box 70321
Philadelphia, PA 19176-0321

Grace Care, LLC
Attn: Managing Agent/Bankruptcy
Post Office Box 1410
Solomons, MD 20688-1410

Horizon Family Medicine
Attn: Managing Agent/Bankruptcy
PO Box 650249
Dallas, TX 75265-0249

Horizon Family Medicine, PA
Attn: Managing Agent/Bankruptcy
410 Cantebury Road
Smithfield, NC 27577-4861

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Johnston County Tax Collector
Attn: Bankruptcy Department
Post Office Box 451
Smithfield, NC 27577-0451

Kapitus LLC
Attn: Managing Agent/Bankruptcy
2500 Wilson Boulevard Suite 350
Arlington, VA 22201-3873

Keeley Caverno
5808 Bayberry Lane
Raleigh, NC 27612-2881

Kubota Credit Corporation
Attn: Managing Agent/Bankruptcy
1000 Kubota Drive
Grapevine, TX 76051-2334

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

Medical Payment Data
Attn: Managing Agent/Bankruptcy
645 Walnut St. Ste 5
Gadsden, AL 35901-4173

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

NC Quick Pass
Attn: Managing Agent/Bankruptcy
200 Sorrell Grove Church Rd, Ste A
Morrisville, NC 27560-9543

New Vista Capital
Attn: Managing Agent/Bankruptcy
1950 Rutgers University Blvd St. 20
Lakewood, NJ 08701-4537

North Carolina Department of Revenu
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PayPal, Inc.,
Attn: Bankrupty notice
P.O. Box 45950
Omaha, NE 68145-0950

Progressive Insurance
Attn: Managing Agent/ Bankruptcy
6300 Wilson Mills Rd.
Cleveland, OH 44143-2182

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Diagnostics<br>Attn: Managing Agent<br>10101 Renner Boulevard<br>Lenexa, KS 66219-4700 | Radius Global Solutions, LLC<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 390846<br>Minneapolis, MN 55439-0846 |
| Raleigh Durham Medical Group PA<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 735528<br>Dallas, TX 75373-5528 | Raleigh Durham Medical Group PA<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 94670<br>Oklahoma City, OK 73143-4670 | (p)RELIANT SERVICES GROUP  LLC<br>9540 TOWNE CENTRE DRIVE<br>STE 200<br>SAN DIEGO CA 92121-1996 |
| Scotts RTO<br>Attn: Managing agent<br>PO Box 100<br>Melber, KY 42069-0100 | Sheffield Financial<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 1847<br>Wilson, NC 27894-1847 | Sheffield Financial Corporation<br>Attn: Managing Agent<br>P. O. Box 1847<br>Wilson, NC 27894-1847 |
| Sheffield Financial, a division of Truist Ba<br>PO Box 1847<br>Wilson, NC 27894-1847 | State Employees Credit Union<br>Attn Bankruptcy Department<br>PO Box 25279<br>Raleigh, NC 27611-5279 | State Employees' Credit Union<br>Attn: Bankruptcy Department<br>PO Box 26927<br>Raleigh, NC 27611-6927 |
| Synchrony Bank<br>Attn: Bankrutpcy Department<br>PO Box 965061<br>Orlando, FL 32896-5064 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| (p)TD BANK USA N A<br>ATTN C/O WEINSTEIN & RILEY P S<br>1415 WESTERN AVE<br>SUITE #700<br>SEATTLE WA 98101-2051 | TD Bank USA/Target Card<br>Attn: Managing Agent/Bankruptcy<br>Post Office Box 673<br>Minneapolis, MN 55440-0673 | The Fundworks LLC<br>c/o Dedicated Financial GBC<br>4000 Lexington Ave N, Ste 125<br>Shoreview, MN 55126-3153 |
| Top Line RTO, LLC<br>PO Box 100<br>Melber, KY 42069-0100 | Top Line RTO, LLC<br>c/o Hagwood and Tipton P.C.<br>P.O. Box 726<br>Paris, TN 38242-0726 | UNC Health Care<br>Attn: Managing Agent/Bankruptcy<br>PO BOX 1123<br>Minneapolis, MN 55440-1123 |
| Wake Emergency Physicians/ Billing<br>Attn: Bankruptcy Department<br>8 Oak Park Drive<br>Bedford, MA 01730-1414 | Wake Radiology<br>Attn: Managing Agent/Bankruptcy<br>PO Box 603435<br>Charlotte, NC 28260-3435 | Wells Fargo<br>Attn: Bankruptcy Department<br>P. O. Box 3908<br>Portland, OR 97208-3908 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Yamaha Motor Corp.<br>Attn: Managing Agent<br>Post Office Box 60107<br>City Of Industry, CA 91716-0107 | (p)CAPITAL ON TAP<br>675 PONCE DE LEON AVE NE<br>STE 8500<br>ATLANTA GA 30308-1884 |
| Angela Rene Selleck<br>8078 US Highway 301 S<br>Four Oaks, NC 27524-7624 | Michael Burnett<br>Office of the Chapter 13 Trustee<br>P.O. Box 61039<br>Raleigh, NC 27661-1039 | Todd Nolan Selleck Sr.<br>8078 US Highway 301 S<br>Four Oaks, NC 27524-7624 |

Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518-8508

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed R Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

(d)Jefferson Capital Systems, LLC
Attn: Managing Agent/Bankruptcy
Post Office Box 7999
Saint Cloud, MN 56302-7999

LabCorp
Attn: Managing Agent
PO Box 2240
Burlington, NC 27216-2100

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Reliant Funding
Attn: Managing Agent/ Bankruptcy
9540 Towne Center Drive, Suite 200
San Diego, CA 92121

T Mobile Bankruptcy Department
Attn: Bankruptcy Department
P.O. Box 53410
Bellevue, WA 98015-3410

TD Bank USA, N.A.
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101

capital on tap
Attn: Managing Agent
675 Ponce De Leon Ave NE #8500,
Atlanta, GA 30308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Kubota Credit Corporation

(u)David Faulhaber

(d)Keeley Caverno
5808 Bayberry Lane
Raleigh, NC 27612-2881

End of Label Matrix
Mailable recipients    90
Bypassed recipients     3
Total                  93