**VAN–162** Order Denying Confirmation – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Todd Nolan Selleck Sr.
8078 US Highway 301 S
Four Oaks, NC 27524

CASE NO.: 24–00934–5–PWM

DATE FILED: March 20, 2024

CHAPTER: 13

Angela Rene Selleck
8078 US Highway 301 S
Four Oaks, NC 27524

ORDER DENYING CONFIRMATION

Confirmation of the Debtor(s) Chapter 13 plan having come before the court on September 12, 2024, and the court having found that the Debtor(s) has/have not met one or more of the requirements for confirmation as enumerated in 11 U.S.C. §1325; now therefore,

IT IS ORDERED that confirmation of the Debtor(s) Chapter 13 plan be, and hereby is, denied, and the Debtor(s) shall have thirty (30) days from the date of this Order to file an amended plan addressing the deficiencies identified at the hearing on September 12, 2024.

DATED: September 12, 2024

                                            Pamela W. McAfee
                                            United States Bankruptcy Judge