**VAN–159** Order Confirming Chapter 13 Plan – Rev. 08/07/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Todd Nolan Selleck Sr.
8078 US Highway 301 S
Four Oaks, NC 27524

CASE NO.: 24–00934–5–PWM

DATE FILED: March 20, 2024

CHAPTER: 13

Angela Rene Selleck
8078 US Highway 301 S
Four Oaks, NC 27524

ORDER CONFIRMING CHAPTER 13 PLAN

THIS MATTER comes before the court upon the Chapter 13 Plan filed in the above case on October 11, 2024 at

**Docket Number 65**; and

IT APPEARING to the court that the plan should be confirmed.

NOW THEREFORE, IT IS HEREBY ORDERED that the plan is confirmed.

The trustee is directed to make payment of commissions and expenses to the trustee and fees and costs to the debtor's attorney, Travis Sasser, in the amount of $6838.00 as reasonable compensation, of which the sum of $0.00 was paid prior to the filing of this case. The balance of $6838.00 shall be paid in such a manner as may be authorized by the trustee. In the event the fee allowed is less than requested, the debtor's attorney may request the court to reconsider the fee allowance upon appropriate motion for reconsideration to be filed with the court within 14 days of entry of this order.

The trustee is directed to pay administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; the trustee is directed to make a final report and file a final account of the administration of the estate with the court; the debtor(s) shall not transfer any interest in property without prior approval of the court except as provided in Local Bankruptcy Rule 4002–1(g)(4) and (5); and this order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: November 7, 2024

Pamela W. McAfee
United States Bankruptcy Judge